THE STATE OF MONTANA ON THE RELATION OF ARTHUR W. AYERS, JR., COUNTY ATTORNEY OF CARBON COUNTY, RELATOR, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CARBON, AND THE HONORABLE ROBERT H. WILSON, DISTRICT JUDGE, RESPONDENTS.

No. 13747.
April 7, 1977.
562 P.2d 478.

## ORDER

PER CURIAM:

The application of relator is denied for the reason that this Court will not ordinarily grant interlocutory review of pretrial orders in the absence of unusual and compelling circumstances of which there are none in the present case.